MAR 25 2026 PM 1:10
FILED - USDC - FLMD - TPA

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

# UNITED STATES DISTRICT COURT

for the

District of

Division

| | |
|---|---|
| Hector Ivan Diaz | ) Case No. **8:26-CV-805-KKM-NHA** |
| _Plaintiff(s)_<br>_(Write the full name of each plaintiff who is filing this complaint._<br>_If the names of all the plaintiffs cannot fit in the space above,_<br>_please write "see attached" in the space and attach an additional_<br>_page with the full list of names.)_ | ) _(to be filled in by the Clerk's Office)_<br>)<br>)<br>) Jury Trial: _(check one)_ ☑ Yes ☐ No<br>) |
| -v- | ) |
| Blanca Rosado | ) |
| _Defendant(s)_<br>_(Write the full name of each defendant who is being sued. If the_<br>_names of all the defendants cannot fit in the space above, please_<br>_write "see attached" in the space and attach an additional page_<br>_with the full list of names.)_ | ) |

## COMPLAINT FOR THE CONVERSION OF PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Hector Ivan Diaz_
Street Address _1315 Oakfield Drive Unit 320_
City and County _Brandon FL 33511_
State and Zip Code
Telephone Number _813 743 0209_
E-mail Address _HectorDiaz98@msn.com_

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.


I.F.P.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Defendant No. 1

    Name     *Blanca Rosado*

    Job or Title *(if known)*

    Street Address     *6257 Oleta Way*

    City and County     *Jacksonville FL 32258*

    State and Zip Code

    Telephone Number     *904 -714 -5482*

    E-mail Address *(if known)*     *BlancaRosadodiaz@gmail.com*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)* __Hector Ivan Diaz__ , is a citizen of the
State of *(name)* __Florida__ .

2.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated
under the laws of the State of *(name )* _____ , and
has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)* __Blanca Rosado__ , is a citizen of the
State of *(name)* __Florida__ . Or is a citizen of *(foreign nation)*
_____ .

2   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its principal
place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

**C.      The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

A.    Describe the property that you own that is the subject of this complaint, including its value.

Home – 4257 Oleta Way Jacksonville Fl 32258

B.    How and when did you come to own the property?

6/26/2014

C.    How and when did the defendant(s) obtain possession of the property?  Describe with particularity the actions the defendant(s) took to convert the property.

Jan 25, 2023 to current

D.    *(If the defendant(s) rightfully came into possession of the property):*  Describe how and when you notified the defendant(s) that the property belonged to you.  Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s). Attach a copy of any written correspondence with the defendant(s), if such copies exist.

I paid the mortgage for close to 10 years Full about Jan 25, 2023

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Rebecca money damages in excess of $75,000

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _March 25, 2024_

Signature of Plaintiff    _Hector Diaz_

Printed Name of Plaintiff    _Hector Diaz_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____